HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
PATRICIA RAMONA VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:16-mj-137 KJN |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PRELIMINARY HEARING AND EXCLUDE TIME |
| vs. | ) ) | |
| PATRICIA RAMONA VASQUEZ, | ) ) | DATE:     October 12, 2016 |
| Defendant. | ) ) ) | TIME:      2:00 p.m. JUDGE:   Hon. Carolyn K. Delaney |

   Plaintiff, United States of America, by and through Assistant United States Attorney Michelle Rodriguez, and Defendant Patricia Ramona Vasquez, through her attorney Hannah R. Labaree, of the Office of the Federal Defender, hereby stipulate to continue the Preliminary Hearing set for October 12, 2016 to November 3, 2016, at 2:00 p.m.

   The parties agree that the time beginning from the date of this stipulation extending through November 3, 2016, should be excluded from the calculation of time under the Speedy Trial Act.  Further, the Defendant consents to an extension of the time for a Preliminary Hearing until November 3, 2016.  Fed.R.Crim.P. 5.1(d).  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  In particular, the time is required so that the parties can conduct investigation and the government can provide advance discovery to defense counsel.  Ms. Vasquez consents to this continuance.

1  The parties stipulate that the interests of justice outweigh the interest of the public and the
2  defendant in a speedy trial, 18 U.S.C. § 3161(b) and (h)(7)(A), and further that this good cause
3  outweighs the public's interest in the prompt disposition of criminal cases.  Fed.R.Crim.P. 5.1(d).

4  Dated:  September 30, 2016                     Respectfully submitted,

5                                                                 HEATHER E. WILLIAMS
                                                                   Federal Public Defender
6
7                                                                 */s/ Hannah R. Labaree*
                                                                   HANNAH R. LABAREE
8                                                                 Attorney for Defendant
                                                                   PATRICIA RAMONA VASQUEZ
9

10 Dated: September 30, 2016                      PHILLIP A. TALBERT
                                                                   Acting United States Attorney
11
12                                                                */s/ Michelle Rodriguez*
                                                                   MICHELLE RODRIGUEZ
13                                                                Assistant U.S. Attorney
                                                                   Attorney for Plaintiff
14

Stipulation and [Proposed] Order

**ORDER**

The Court has read and considered the Stipulation for the Extension of Time for Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the Preliminary Hearing date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' Stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public's interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the Preliminary Hearing is extended to November 3, 2016, at 2:00 p.m.

2. This time up to and including November 3, 2016 shall be excluded from the calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

IT IS SO ORDERED.

Dated:  September 30, 2016

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge

Stipulation and [~~Proposed~~] Order