FILED
October 18, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> PATRICIA RAMONAVASQUEZ, ) <br> ) <br> Defendant. ) | Case No. 2:16MJ00137-KJN-1 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  PATRICIA RAMONAVASQUEZ , Case No. 2:16MJ00137-KJN-1 , Charge  18USC § 2, 1344(2) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__     Release on Personal Recognizance

__     Bail Posted in the Sum of $__

      __     Unsecured Appearance Bond

      __     Appearance Bond with 10% Deposit

      __     Appearance Bond with Surety

      __     Corporate Surety Bail Bond

      ✔     (Other)          Pretrial conditions as stated on the record.

The defendant to be released to the Pretrial Services Officer 10/18/2016

Issued at  Sacramento, CA  on  October 18, 2016  at  9:23 am .

By  /s/ Allison Claire/s/ Allison Claire
        Allison Claire
        United States Magistrate Judge

Copy 2 - Court